## SCHEDULE A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Amazon | ZhangYong2025 | A11W3F9999IKZ6 | B0FBG8HJT4 | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBGBFQRQ | VA 2-450-964<br>VA 2-450-965 |
| | | | | B0FBGDCZR5 | VA 2-450-964<br>VA 2-450-965 |