|  |  |
|---:|:---|
| **Registration #:** | VA0002450964 |
| **Service Request #:** | 1-14951823310 |

## Mail Certificate

Gimme Golf Tool LLC
Bruce Adam Gilley
3204 Hawthorne Ct.
Plant City, FL 33566 United States

|  |  |  |  |
|---:|:---|---:|:---|
| **Priority:** | Special Handling | **Application Date:** | July 01, 2025 |

**Note to C.O.:** The image we are registering is a rendered representation of the product, enhanced with added illustrations. It is an original creation that combines product visualization with creative elements.

## Correspondent

|  |  |
|---:|:---|
| **Organization Name:** | Gimme Golf Tool LLC |
| **Name:** | Bruce Adam Gilley |
| **Email:** | elfcopyrighthelper@outlook.com |
| **Address:** | 3204 Hawthorne Ct. |
|  | Plant City, FL 33566 United States |

Registration Number
**VA 2-450-964**
**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** GGT-1

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** February 15, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Gimme Golf Tool LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gimme Golf Tool LLC
3204 Hawthorne Ct., Plant City, FL, 33566, United States

## Rights and Permissions

**Organization Name:** Gimme Golf Tool LLC
**Address:** 3204 Hawthorne Ct
Plant City, FL 33566 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** July 01, 2025

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113. |

**Registration #:** VA0002450965
**Service Request #:** 1-14951823011

## Mail Certificate

Gimme Golf Tool LLC
Bruce Adam Gilley
3204 Hawthorne Ct.
Plant City, FL 33566 United States

**Priority:** Special Handling  **Application Date:** July 01, 2025

## Correspondent

**Organization Name:** Gimme Golf Tool LLC
**Name:** Bruce Adam Gilley
**Email:** elfcopyrighthelper@outlook.com
**Address:** 3204 Hawthorne Ct.
Plant City, FL 33566 United States

**Registration Number**
# VA 2-450-965
**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** February 15, 2025 to June 15, 2025

### Title

| | |
|---|---|
| **Title of Group:** | Gimme Golf Tool 2025 |
| **Number of Photographs in Group:** | 13 |
| • **Individual Photographs:** | GGT-2, GGT-3, GGT-4, GGT-5, GGT-6, GGT-7, GGT-8, GGT-13, GGT-14 |
| **Published:** | February 2025 |
| • **Individual Photographs:** | GGT-9, GGT-12 |
| **Published:** | May 2025 |
| • **Individual Photographs:** | GGT-10, GGT-11 |
| **Published:** | June 2025 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Earliest Publication Date in Group:** | February 15, 2025 |
| **Latest Publication Date in Group:** | June 15, 2025 |
| **Nation of First Publication:** | United States |

### Author

- **Author:** Gimme Golf Tool LLC
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gimme Golf Tool LLC
3204 Hawthorne Ct., Plant City, FL, 33566, United States

## Rights and Permissions

**Organization Name:** Gimme Golf Tool LLC
**Address:** 3204 Hawthorne Ct.
Plant City, FL 33566 United States

## Certification

**Name:** Jessica Delos Santos
**Date**: July 01, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.