ZhangYong2025

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 1

Store Name: ZhangYong2025

Merchant ID: A11W3F9999IKZ6

Store URL: https://□□□.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11W3F9999IKZ6

Product ID: B0FBG8HJT4, B0FBGBFQRQ, B0FBGDCZR5

Product URL: https://□□□.amazon.com/dp/B0FBG8HJT4?key□ords=Gimme%20Golf%20Tool&m=A11W3F9999IKZ6&psc=1, https://□□□.amazon.com/dp/B0FBGBFQRQ?key□ords=Gimme%20Golf%20Tool&m=A11W3F9999IKZ6&psc=1, https://□□□.amazon.com/dp/B0FBGDCZR5?key□ords=Gimme%20Golf%20Tool&m=A11W3F9999IKZ6&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: GGT-1, GGT-2, GGT-3

Trademark Infringed:

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-07



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

2



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

4



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

9



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

14



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965